**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ken Omar<br><br>Petitioner,<br><br>vs.<br><br>Antone Moniz, Superintendent of the Plymouth MA County Jail;<br>David Westling,<br>Acting Field Office Director,<br>Boston Field office ERO;<br>Todd Lyons, Acting Director,<br>U.S. Immigration and Customs Enforcement<br>US Department of Homeland Security;<br>Kristi L. Noem,<br>Secretary,<br>US Department of Homeland Security;<br>Pamela Bondi,<br>Attorney General of the United States<br><br>Respondents. | **CASE NO: 1:26-CV-11288-IT** |

**MOTION FOR ENTRY OF JUDGMENT**

By the instant Motion, Petitioner Ken Omar respectfully requests that the Court enter judgment in the above-captioned case. On April 29, 2026, this Court granted Mr. Omar's Petition for Writ of Habeas Corpus and ordered Respondents to release Mr. Omar from Plymouth County Correctional Facility, where he was being held in the custody of Immigration and Customs Enforcement (ICE). *See* Memorandum & Order, Doc. No. 18 at p. 6. Thus, Mr. Omar received the relief he sought and requests the entry of judgment in this case. Mr. Omar intends to submit an application for attorney's fees and costs pursuant to the Equal Access to Justice Amendment (EAJA) once the judgment becomes final, 60 days following the date of entry of judgment. *See* 28

U.S.C. § 2412(d)(1)(B) ("A party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses").

Respectfully submitted,

KEN OMAR,

By his attorney,

*/s/ Martha Ball*

Martha Ball
MA Bar No. 717924
Northeast Justice Center
50 Island Street, Suite 203B
Lawrence, MA 01840
(978) 888-0679
mball@njc-ma.org

**LOCAL RULE 7.1 COMPLIANCE STATEMENT**

I, Martha Ball, hereby certify that on August 31, 2026, I communicated Petitioner's intent to file the present Motion for Leave to File Late Brief with Respondents' Counsel via e-mail. At that time, Counsel for Respondents indicated that Respondents take no position regarding the filing of the present Motion.

*/s/ Martha Ball* Dated: August 31, 2026

**CERTIFICATE OF SERVICE**

I, Martha Ball, hereby certify that on August 31, 2026, the foregoing Petitioner's Motion for Entry of Judgment was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to registered participants, including counsel for Respondents.

*/s/ Martha Ball* Dated: August 31, 2026